

**FILED**

09/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0001

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0001

_____

**FILED**

SEP 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE:  DISQUALIFICATION/SUBSTITION
OF DISTRICT COURT JUDGES

O R D E R

_____

The State of Montana filed this morning a motion and affidavit to disqualify Judge Gregory R. Todd pursuant to § 3-1-805, MCA, from proceeding any further in Yellowstone County Cause No. DV 21-00999.  Since the filing of the State's motion, Judge Todd has issued an order of disqualification and a new judge has assumed jurisdiction of the underlying case.

IT IS THEREFORE ORDERED that the State's motion for disqualification is DENIED as moot.

The Clerk is directed to provide notice of this Order to counsel for the State, to all counsel of record in Yellowstone County Cause No. DV-21-00999, and to the Thirteenth Judicial District Court, the Hon. Michael G. Moses, presiding.

Dated this 30th day of September, 2021.

_____
Acting Chief Justice